IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *WILLIAM PERRIN,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-00850-HEA |
| ) | |
| *RUBINBROWN, LLP,* ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

COME NOW Plaintiff and Defendant, and for their Joint Motion for Protective Order, state as follows:

1. The parties are engaging in initial disclosures and written discovery.

2. RubinBrown, LLP has identified certain confidential and proprietary information and documents, and desires to produce those materials to Plaintiff's counsel. These documents include confidential records pertaining to applicants and employees, including personal credit information.

3. A Protective Order is necessary to allow for disclosure of relevant information to Plaintiff while protecting the confidential and proprietary nature of RubinBrown's documents.

4. The parties have agreed to the entry of a Protective Order governing the production of said confidential and proprietary information and documents. A Protective Order with agreed upon terms is attached hereto as Exhibit A.

7918837.1

WHEREFORE, the parties respectfully request this Court enter the Protective Order provided in <u>Exhibit A</u>, and for all such other and further relief as this Court deems proper and just.

        SANDBERG PHOENIX & von GONTARD P.C.

By:  /s/ Narcisa P. Symank
     Andrew R. Kasnetz, #29863
     Narcisa P. Symank, #59755
     600 Washington Avenue - 15th Floor
     St. Louis, MO  63101-1313
     314-231-3332
     314-241-7604 (Fax)
     akasnetz@sandbergphoenix.com
     nsymank@sandbergphoenix.com

*Attorneys for Defendant*
*RubinBrown LLP*


        WEINHAUS & POTASHNICK

By:  /s/ Mark Potashnick (w/consent)
     Mark Potashnick, E.D. Mo. # 35970
     11500 Olive Blvd., Suite 133
     St. Louis, Missouri  63141
     314-997-9150
     314-997-9170 (Fax)
     markp@wp-attorneys.com

    and

LIBERMAN, GOLDSTEIN & KARSH

By:  /s/ Eli Karsh (w/consent)
     Eli Karsh, #47524
     230 South Bemiston, Suite 1200
     St. Louis, Missouri  63105
     elikarsh@aol.com
     *Attorneys for Plaintiff*

7918837.1

## Certificate of Service

I certify that on this <u>22nd</u> day of <u>November</u> 2016, this document was filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon the following counsel of record:

Mark Potashnick
markp@wp-attorneys.com
Eli Karsh
elikarsh@aol.com
*Attorneys for Plaintiff*

/s/ Narcisa P. Symank

7918837.1