## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **WILLIAM PERRIN,** | ) |
| | ) |
|         **Plaintiff,** | ) |
| | ) |
|   v. | )   Case No. 4:15-cv-00850 (HEA) |
| | ) |
| **RUBINBROWN LLP,** | ) |
| | ) |
|         **Defendant.** | ) |

### JOINT NOTICE OF SETTLEMENT

Come now the parties jointly, by and through their respective counsel, and notify the Court that they settled the claims asserted in this action through mediation held on February 27, 2017.  The parties further inform the Court that they will work diligently to prepare formal settlement documentation and they intend to file a motion for preliminary approval of the class action settlement (Count II).

                              Respectfully submitted,
                              /s *Mark Potashnick*
                              Mark Potashnick, E.D. Mo. # 35970
                              **Weinhaus & Potashnick**
                              11500 Olive Blvd., Suite 133
                              St. Louis, Missouri  63141
                              Tel:    (314) 997-9150
                              Fax:   (314) 997-9170
                              markp@wp-attorneys.com

                              and

                              Eli Karsh, E.D. Mo. # 47524
                              **Liberman, Goldstein & Karsh**
                              230 South Bemiston, Suite 1200
                              St. Louis, Missouri  63105
                              Tel:    (314) 862-3333 ext. 13
                              Fax:   (314) 862-0605
                              elikarsh@aol.com
                              *Attorneys for Plaintiff*

SANDBERG PHOENIX & von GONTARD P.C.

By: _____
Andrew R. Kasnetz, #29863MO
Narcisa P. Symank, #59755
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
akasnetz@sandbergphoenix.com
nsymank@sandbergphoenix.com

*Attorneys for Defendant*
*RubinBrown LLP*