IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM PERRIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:15CV850 HEA |
| | ) |
| RUBINBROWN LLP, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING CLASS CERTIFICATION,
PRELIMINARILY APPROVING SETTLEMENT TERMS, APPROVING
NOTICE TO PUTATIVE CLAIMANTS, AND SCHEDULING A HEARING
<u>FOR FINAL APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT</u>**

Before the Court is Plaintiff's Unopposed Motion for Class Certification, Preliminary Approval of Settlement Terms, Notice to Putative Claimants, and Scheduling a Hearing for Final Approval of the Parties' Settlement Agreement.  ECF Doc. 109.  Upon consideration of the record of these proceedings, the representations, argument, and recommendation of Named Plaintiff and Class Counsel, and the requirements of law, the Court hereby:

1. GRANTS preliminarily approval of the parties' settlement agreement ("Settlement Agreement") as being fair, reasonable, adequate and in the best interests of putative Class Members and a fair and reasonable resolution of bona fide disputes under the Fair Credit Reporting Act ("FCRA"), 16 U.S.C. § 1681 *et seq.*

2. FINDS that the parties have agreed to the terms of the Settlement Agreement;

3. CERTIFIES a class action under Federal Rule 23(b)(3) for the purpose of effectuating the Settlement Agreement, which includes Plaintiff and all putative Class Members as defined in the Settlement Agreement;

4. APPOINTS Mark Potashnick of Weinhaus & Potashnick and Eli Karsh of Liberman, Goldstein & Karsh as counsel for the Class and members of the Class with authority to enter into and effectuate the Settlement Agreement on behalf of the Class;

5. APPROVES the parties' agreed-upon Notice of Settlement as constituting the best notice practicable under the circumstances, constituting valid, due and sufficient notice to the Class, and fully satisfying the requirements of Federal Rule of Civil Procedure 23(c)(2) and the requirements of due process;

6. APPROVES the parties' agreed-upon Claim Form;

7. AUTHORIZES the settlement administrator to mail the agree-upon Notice of Settlement and Claim Form to appropriate and eligible Class Members as set forth in the Settlement Agreement;

8. ORDERS that all individuals falling within the definition of the Class who wish to exclude themselves from the Class and from participation in the settlement must mail a completed, signed Request for Exclusions Form to the Claims Administrator postmarked no later than sixty (60) days after the mailing of the Notice of Settlement;

9. ORDERS that Plaintiff Perrin file a memorandum in support of the motion to approve the Settlement Agreement and Petition to Approve Fee Award at least seven (7) days prior to the Final Fairness Hearing;

10. ORDERS that objections by any Class Members to the Settlement Agreement shall be heard and any papers submitted in support of said objections shall be considered by the Court at the Fairness Hearing only if said objections are in

writing, mailed to the Claims Administrator, and postmarked no later than sixty (60) days after the mailing of the Notice of Settlement, with copies of the foregoing objections and all other papers in support of such objections mailed to Class Counsel;

11. SCHEDULES a fairness hearing to be held on _____, 2018 at \_\_\_\_\_ am/pm at the U.S. District Court, 111 South 10th Street, Courtroom 10 North, St. Louis, Missouri, 63102 to consider and determine whether the proposed settlement, as set forth in the Settlement Agreement, should be approved as fair, reasonable and adequate to the Class, and whether Judgment should be entered; and

At or after the fairness hearing, the Court shall determine whether the settlement should be approved and enter an order thereon.  The fairness hearing may, from time to time and without further notice to the Class, be continued or adjourned by order of the Court.

Dated this 9th day of November, 2017

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE